UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KENNETH D. PARKER, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-362 SPM |
| | ) | |
| J.T. SHARTLE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the docket. On March 3, 2017, the Memorandum and Order entered by this Court on February 1, 2017 was returned to the Court as undeliverable. It appears that after some investigation into the matter, the Clerk of Court has updated petitioner's address. As such, the Court will order the Clerk to provide petitioner a new copy of the February 1, 2017 Memorandum and Order, along with copies of the court forms mentioned in that Order. Petitioner will be given a thirty-day (30) extension of time to respond to the Court's February 1, 2017 Memorandum and Order. His response to the Court is due thirty (30) days from today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall provide petitioner with a copy of the February 1, 2017 Memorandum and Order at petitioner's new address provided on the Court's docket.

**IT IS FURTHER ORDERED** that the Clerk shall provide petitioner with copies of the court's forms mentioned in the February 1, 2017 Memorandum and Order.

**IT IS FURTHER ORDERED** that petitioner shall respond to the Court's February 1, 2017 Memorandum and Order within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that petitioner's failure to respond will result in a dismissal of this action without prejudice.

Dated this __7th__ day of March, 2017.

_/s/ Shirley Padmore Mensah_
SHIRLEY PADMORE MENSAH
UNITED STATES DISTRICT JUDGE